HLD-005                                                           NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1129
_____

IN RE:  ELISTON F. GEORGE,
                                                        Petitioner
_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to D.V.I. Civ. No. 3-14-cv-00067)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 23, 2017
Before: SMITH, CHIEF JUDGE, MCKEE and FUENTES, Circuit Judges

(Opinion filed: May 4, 2017)
_____

OPINION*
_____

PER CURIAM

Eliston F. George filed a petition for writ of mandamus requesting that we direct

the District Court to rule on his petition for a writ of audita querela.  The District Court

has since ruled on George's petition, and George has filed a notice of appeal.  In light of

the District Court's action, the question George presented is no longer a live controversy,

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

so we will dismiss his mandamus petition as moot.  <u>See, e.g.</u>, <u>Lusardi v. Xerox Corp.</u>, 975

F.2d 964, 974 (3d Cir. 1992).